**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Ferdinand Francis Valteau, III
Attorney At Law
P. O. Box 12005
New Iberia LA 70602

**REHEARING ACTION: April 1, 2015**

**Docket Number: 14   01069-KW**

**STATE OF LOUISIANA**
**VERSUS**
**CHARLES RAY ALEXANDER**

**Writ Application from Lafayette Parish Case No. 135520**

**BEFORE JUDGES**:

   **Hon. Sylvia R. Cooks**
   **Hon. Billy Howard Ezell**
   **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Charles Ray Alexander** has this day been

   **DENIED.**

cc: Michael Harson, Counsel for  the Respondent
    Royale L Colbert, Jr., Counsel for  the Respondent